# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-283-FDW-DCK

| | |
|---|---|
| GLOBAL FINANCIAL CREDIT, LLC, d/b/a MEDCHEX, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MEDICAL DIAGNOSTICS CENTER, LLC, a Texas limited liability company, DUSTIN LUIS RAY, M.D., personally, and VECTOR OPERATIONS, LLC d/b/a VECTOR HEALTH, a Texas limited liability company, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by D. Jared Nobles, Jr., concerning Matthew S. Muckleroy on June 21, 2019. Matthew S. Muckleroy seeks to appear as counsel *pro hac vice* for Defendants Liberty Medical Diagnostics Center, LLC, Dustin Luis Ray, M.D., and Vector Operations. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED** Matthew S. Muckleroy is hereby admitted *pro hac vice* to represent Defendants Liberty Medical Diagnostics Center, LLC, Dustin Luis Ray, M.D., and Vector Operations.

**SO ORDERED**.

Signed: June 24, 2019

David C. Keesler
United States Magistrate Judge