UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00283-FDW-DCK

| | |
|---|---|
| GLOBAL FINANCIAL CREDIT, LLC, d/b/a MEDCHEX, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>LIBERTY MEDICAL DIAGNOSTICS CENTER, LLC, a Texas limited liability company, DUSTIN LUIS RAY, M.D., personally, and VECTOR OPERATIONS, LLC d/b/a VECTOR HEALTH, a Texas limited liability company,<br><br>    Defendants. | ORDER |

      THIS MATTER is before the Court on the parties' Consent Motion to Stay Proceedings. (Doc. No. 17). The parties move to stay this action along with all current deadlines for up to 90 days in order to allow a third-party collection agency to evaluate and report on the collectability of certain medical receivables in dispute in this case. After a careful review of the pleadings, the Court declines to delay this case and the parties' Motion is DENIED.

      The Court encourages the parties to continue their settlement efforts in order to meet the mediation deadline set forth in the Pretrial Order and Case Management Plan. Having weighed the interest of judicial economy, however, the Court exercises its discretion "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. North American Co., 299 U.S. 248, 254 (1936).

      IT IS THEREFORE ORDERED that the Consent Motion to Stay Proceedings (Doc. No.

1

17) is DENIED.

IT IS SO ORDERED.

Signed: February 3, 2020

Frank D. Whitney
Chief United States District Judge